UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anita Jurevica, | Case No. 18-cv-1684 (WMW/HB) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Margots Kapacs, | |
| Defendant. | |

This matter is before the Court on the June 26, 2018 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. (Dkt. 8.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 26, 2018 Report and Recommendation, (Dkt. 8), is **ADOPTED**.

2. This matter is **REMANDED** to Minnesota District Court, Fourth Judicial District (Hennepin County).

3. Defendant Margots Kapacs's application to proceed in district court without prepaying fees or costs, (Dkt. 2), is **DENIED AS MOOT**.

4. Kapacs's Motion for Correct Date of Filing, (Dkt. 4), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 31, 2018

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge